# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

SHAVAR SPENCE,            )
                               )
     Movant,           )
                               )
v.                     )           CV417-173
                               )           CR415-187
UNITED STATES OF AMERICA,   )
                               )
     Respondent.      )

## ORDER

Shavar Spence moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence.  CR415-187, doc. 148.  The Court **DIRECTS** the Government to respond within sixty days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this __21st__ day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA